IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ballenger, Franklin | Case Number: 07 B 20658 |
|---|---|---|
| | Ballenger, Bernadette | Judge: Hollis, Pamela S |
| | Printed: 5/13/08 | Filed: 11/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 31, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 560.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 523.60 |
| Trustee Fee: | | 36.40 |
| Other Funds: | | 0.00 |
| Totals: | 560.00 | 560.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 3,100.00 | 523.60 |
| 2. | LaSalle National Bank | Secured | 0.00 | 0.00 |
| 3. | LaSalle National Bank | Secured | 18,743.94 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 45.97 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 5.76 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 19.58 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 6.99 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 39.74 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 5.47 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 233.19 | 0.00 |
| 11. | Devon Financial Services Inc | Unsecured | 29.08 | 0.00 |
| 12. | Cottonwood Financial Ltd | Unsecured | 46.40 | 0.00 |
| 13. | Sprint Nextel | Unsecured | 12.05 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | 132.42 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 4.65 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 148.80 | 0.00 |
| 17. | Collection Department | Unsecured | | No Claim Filed |
| 18. | National Recovery, Inc | Unsecured | | No Claim Filed |
| 19. | AT&T | Unsecured | | No Claim Filed |
| 20. | Credit Protection Association | Unsecured | | No Claim Filed |
| 21. | Jerry Gleason Chevrolet | Unsecured | | No Claim Filed |
| 22. | AAC | Unsecured | | No Claim Filed |
| 23. | Great Lakes Specialty Finance | Unsecured | | No Claim Filed |
| 24. | Richard Dela Crace | Unsecured | | No Claim Filed |
| 25. | Mercury Finance Co | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ballenger, Franklin | Case Number: 07 B 20658 |
|---|---|---|
| | Ballenger, Bernadette | Judge: Hollis, Pamela S |
| | Printed: 5/13/08 | Filed: 11/5/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Sun Cash | Unsecured | | No Claim Filed |
| 27. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 28. | Payday Loan | Unsecured | | No Claim Filed |
| 29. | Aaron Sales & Lease Ow | Unsecured | | No Claim Filed |
| 30. | Sun Cash | Unsecured | | No Claim Filed |
| 31. | RMI/MCSI | Unsecured | | No Claim Filed |
| 32. | Secretary Of State | Unsecured | | No Claim Filed |
| 33. | Professional Account Management | Unsecured | | No Claim Filed |
| 34. | Professional Account Management | Unsecured | | No Claim Filed |
| 35. | West Asset Management | Unsecured | | No Claim Filed |
| 36. | The Cash Store Ltd | Unsecured | | No Claim Filed |
| 37. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 38. | Nicor Gas | Unsecured | | No Claim Filed |
| 39. | State Farm Mutual | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,574.04 | $ 523.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 36.40 |
| | _____ |
| | $ 36.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

